UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>KIM CARTER,<br><br>　　　　　　　　Defendant. | Case No.  06cr0117-WQH<br><br>ORDER ON JOINT<br>MOTION FOR ISSUANCE<br>OF AN ORDER OF CRIMINAL<br>FORFEITURE |

Having reviewed the foregoing Joint Motion and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved.

1.　　On or about January 24, 2006, an Indictment was returned against the above-named Defendant, KIM CARTER ("Defendant"). The Indictment charged the Defendant with Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. §§ 846 and 841(a)(1), and Criminal Forfeiture pursuant to 21 U.S.C. § 853. On or about December 5, 2006, a Superseding Information was filed against the Defendant.

2.　　On or about May 7, 2007, the plea of Defendant to the Information was accepted by the U.S. District Court. The Information charged the Defendant as follows:

> Beginning at a date unknown to the grand jury and continuing up to and including October 30, 2005, within th Southern District of California, and elsewhere, defendant Kim Carter, aka K.C., did knowingly and intentionally conspire with other persons known and unknown to the grand jury to distribute 500 grams or

1    more, to wit: 3 kilograms of cocaine, a schedule II controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

2

3    In addition, the Defendant agreed to forfeit all right, title, and interest in the following
4    asset, which is property constituting and/or derived from proceeds the Defendant obtained directly
5    or indirectly as the result of the commission of the violation of Title 21, United States Code,
6    Sections 846 and 841(a)(1)**:  $50,000**.

7    3.    The Court finds that, by virtue of the facts set forth in the plea agreement, the
8    requisite nexus exists between the forfeited property and the offense.

9    4.    By virtue of the admissions of the Defendant set out in the his plea agreement and
10   guilty plea, the Court has determined that **$50,000** (U.S. dollars) represents the drug proceeds
11   received by Defendant while engaging in conspiracies to distribute cocaine as charged in the
12   Superseding Information.

13   8.    Defendant KIM CARTER forfeits to the United States the sum of **$30,000** pursuant
14   to Title 21, United States Code, Section 853(a)(1).

15   9.    Defendant KIM CARTER shall forfeit to the United States an additional **$20,000**
16   pursuant to Title 21, United States Code, Section 853(a)(1).

17   10.   The United States District Court shall retain jurisdiction in the case for the purpose
18   of enforcing this Order.

19   11.   Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall be considered final as to
20   the Defendant as of the date of his sentencing, to wit, May 7, 2007, and is part of the sentence and
21   included in the judgment.

22   12.   The United States may, at any time, move pursuant to Rule 32.2(e) to amend this
23   Order of Forfeiture to substitute property having a value not to exceed **$20,000** to satisfy the
24   money judgment in whole or in part.

25   DATED:  September 27, 2007

26                                              *William Q. Hayes*
                                                **WILLIAM Q. HAYES**
27                                              United States District Judge

28